**440**

394 P.2d 281

**Melvin CLEVELAND, Petitioner,**

v.

**The DISTRICT COURT OF SANTA FE COUNTY, Respondent.**

**No. 130 HC.**

Supreme Court of New Mexico.

Aug. 13, 1964.

PER CURIAM:

Ordered that petitioner be and he is hereby allowed free process herein.

Further ordered that the petition for writ of mandamus be and the same is hereby denied.

394 P.2d 281

**Carl C. WEDDLE, Petitioner,**

v.

**FIRST JUDICIAL DISTRICT COURT of the State of New Mexico, Respondent.**

Supreme Court of New Mexico.

**No. 127 HC.**

Aug. 13, 1964.

PER CURIAM:

Ordered that petitioner be and he is hereby allowed free process herein.

Further ordered that the petition for writ of mandamus be and the same is hereby denied for failure of petitioner to exhaust district court remedy.

394 P.2d 281

**Ex parte Armando M. GARCIA.**

**No. 125 HC.**

Supreme Court of New Mexico.

Aug. 13, 1964.

PER CURIAM:

Ordered that petitioner be and he is hereby allowed free process herein.

Further ordered that the petition for writ of mandamus be and the same is hereby denied.